```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 16-60696-CIV-ZLOCH
```

JULIUS SEILER,

       Plaintiff,               **FINAL ORDER OF DISMISSAL**

vs.

CHIPOTLE SERVICES, LLC,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation Dismissal With Prejudice (DE 22), filed herein by both Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation Dismissal With Prejudice (DE 22) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___8th___ day of August, 2016.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel of Record